IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | 8:09CV161 |
| | ) | |
| V. | ) | |
| | ) | |
| RANDALL J. THOMPSON, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

At a hearing today, Mr. Thompson and the government entered into certain stipulations and agreements that I approved.  As a result,

IT IS ORDERED that:

1. Mr. Thompson shall provide the government with a current financial statement and tax returns for the years 2006 through 2008 no later than the close of business on July 1, 2009.

2. Mr. Thompson shall provide the government with supporting documentation for the financial statement and tax returns described above no later than the close of business on July 6, 2009.

3. Mr. Thompson shall appear at Room 157, 1616 Capital Avenue, Omaha, Nebraska, 68102, at 9:00 AM on July 8, 2009, where he shall answer questions put to him regarding the documents produced pursuant to this order.

DATED this 26th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge