IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITIED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | 8:09CV161 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDALL J. THOMPSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |

The government has filed a motion to dismiss, stating "Respondent satisfied the terms of the Court's Order of June 26, 2009, thereby complying with the terms of each of the summonses the United States sought to enforce in this action." Filing No. 10. Accordingly,

IT IS ORDERED:

1) The government's motion to dismiss, filing no. 10, is granted, and the government's claims against the defendant are dismissed without prejudice.

2) Judgment will be entered accordingly.

DATED this 16th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge, in the absence of
Magistrate Judge David L. Piester