IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITIED STATES OF AMERICA, ) | | |
| ) | | |
| Petitioner, ) | | 8:09CV161 |
| ) | | |
| v. ) | | |
| ) | | |
| RANDALL J. THOMPSON, ) | | JUDGMENT |
| ) | | |
| Respondent. ) | | |

In accordance with the Memorandum and Order filed in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action and the plaintiff's complaint are dismissed without prejudice.

DATED this 16th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge, in the absence of
Magistrate Judge David L. Piester